Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DELPHIA WEBSTER,** | ) |
|     **Plaintiff,** | ) |
| **v.** | ) |
| | )   **Civil Action Number** |
| **NISSAN NORTH AMERICA, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE DISABILITY INSURANCE,** | )   **3:17-cv-01389** |
|     **Defendants.** | ) |

## MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD AND FILE UNDER SEAL

Defendant Metropolitan Life Insurance Company ("MetLife")[1] hereby moves to supplement the Administrative Record and seeks leave to file the supplemented record under seal. As support for this motion, MetLife state as follows:

1. On February 22, 2018, MetLife filed the Administrative Record with the Court under seal, pursuant to the Court's February 20, 2017 Order. (*See* ECF Nos. 16 and 17).

2. MetLife has subsequently discovered additional documents that were not previously included. The documents consist of several claim-related email

---

[1] Plaintiff also named as co-defendants MetLife Disability Insurance and Nissan North America, Inc. MetLife Disability Insurance is not a corporate entity and is not a proper party to this litigation. MetLife Disability Insurance and Nissan North America, Inc. are both due to be dismissed as MetLife both insured and administered the ERISA-governed long-term disability claim at issue in this lawsuit.