# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **DELPHIA WEBSTER,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**NISSAN NORTH AMERICA, INC.,** Employer, **METROPOLITAN LIFE INSURANCE COMPANY,** Insurer, and **METLIFE DISABILITY INSURANCE,** Third Party Administrator,<br><br>        **Defendants.** | **Case No. 3:17-cv-01389** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted this _____ day of September, 2018.

|  | MAYNARD COOPER & GALE, PC |
|---|---|
| /s/ *D. Russell Thomas*_____ | /s/ *Grace R. Murphy*_____ |
| D. Russell Thomas | William B. Wahlheim, Jr. |
| 138 S. Cannon Avenue | Grace R. Murphy |
| Murfreesboro, TN 37129 | MAYNARD, COOPER & GALE, P.C. |
|  | 1901 Sixth Avenue North |
| *Attorney for Plaintiff* | Birmingham, AL 35203-2602 |
|  |  |
|  | /s/ *Marshall T. Cook*_____ |
|  | Marshall T. Cook |
|  | Bone, McAllester & Norton, PLLC |
|  | Bluegrass Commons II |
|  | 100 Bluegrass Commons, Suite 2370 |
|  | Hendersonville, TN 37075 |
|  | *Attorneys for Defendant* |